**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| BIO-MEDICAL APPLICATIONS OF ILLINOIS, INC., <br><br>   Plaintiff, <br><br>     vs. <br><br> CITY OF WEST FRANKFORT, CITY OF WEST FRANKFORT EMPLOYEE BENEFIT PLAN, AND KEY BENEFIT ADMINISTRATORS, INC., <br><br>   Defendants. | Case No. 3:21-cv-487 |
| KEY BENEFIT ADMINISTRATORS, INC., <br><br>   Counterclaim Plaintiff, <br><br>     vs. <br><br> BIO-MEDICAL APPLICATIONS OF ILLINOIS, INC., <br><br>   Counterclaim Defendant. | |
| KEY BENEFIT ADMINISTRATORS, INC., <br><br>   Third-Party Plaintiff, <br><br>     vs. <br><br> HEALTHLINK, INC. and GOLDEN TRIANGLE SPECIALTY NETWORK, LLC, <br><br>   Third-Party Defendants. | |
| GOLDEN TRIANGLE SPECIALTY NETWORK, LLC, <br><br>   Counterclaim Plaintiff, <br><br>     vs. <br><br> KEY BENEFIT ADMINISTRATORS, INC., <br><br>   Counterclaim Defendant. | |

CITY OF WEST FRANKFORT,

    Counterclaim Plaintiff,

vs.

BIO-MEDICAL APPLICATIONS OF ILLINOIS, INC.,

    Counterclaim Defendant.

## JUDGMENT

IT IS ORDERED AND ADJUDGED that pursuant to the Stipulation of Dismissal filed August 28, 2022 (indicating that the parties stipulate to dismissal with prejudice of this action in its entirety pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this action is DISMISSED with prejudice.

DATED: August 29, 2022      MONICA A. STUMP, Clerk of Court
                                                       s/Tina Gray, Deputy Clerk

**Approved:**    s/ J. Phil Gilbert
                  **J. PHIL GILBERT**
                  **DISTRICT JUDGE**